IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHADRICK PRAY,

      Appellant,

v.

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS, etc.,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1258

Opinion filed October 10, 2016.

An appeal from the Circuit Court for Bradford County.
Phillip Pena, Judge.

Chadrick Pray, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Anne Conley, Assistant Attorney General, and Kenneth Steely, General Counsel, Tallahassee, for Appellee Department of Corrections.

PER CURIAM.

      AFFIRMED.

RAY, KELSEY, and WINOKUR, JJ., CONCUR.